
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>PRATT, ROBERT W. | 2. Court or Organization<br><br>US DISTRICT COURT - SO IOWA | 3. Date of Report<br><br>05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>123 E. WALNUT STREET<br>DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Pratt, Robert W.**

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | 2/24/10 - 2/26/10 | NEW YORK, NY | SPEAKING ENGAGEMENT | TRANSPORTATION, LODGING AND MEALS |
| 2. | CARLTON FIELDS LAW FIRM | 5/12/10 - 5/14/10 | ST PETERSBURG, FL | SPEAKER AT NATIONAL FEDERAL SENTENCING GUIDELINES SEMINAR | TRANSPORTATION, LODGING AND MEALS |
| 3. | AMERICAN CONSTITUTIONAL SOCIETY | 6/17/10 - 6/18/10 | WASHINGTON, DC | SPEAKER AT ANNUAL CONVENTION | TRANSPORTATION, LODGING AND MEALS |
| 4. | PRACTICING LAW INSTITUTE | 10/27/10 - 10/29/10 | NEW YORK, NY | SPEAKING ENGAGEMENT | TRANSPORTATION, LODGING AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | K | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | A | Interest | M | T | | | | | |
| 4. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | K | T | Buy (add'l) | 01/08/10 | J | | |
| 5. MS EMERGING MKTS DOMESTIC DEBTDEBT | A | Dividend | | | Buy (add'l) | 04/15/10 | J | | |
| 6. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 07/15/10 | J | | |
| 7. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 10/15/10 | J | | |
| 8. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | | | Redeemed | 01/04/10 | J | | |
| 9. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | | | Sold | 02/16/10 | K | | |
| 10. IOWA CITY IA COMM SCH DIST▪ | A | Interest | | | Redeemed | 06/01/10 | J | | |
| 11. FLA HFC FIN CORP SER F▪ | A | Interest | | | Sold (part) | 01/01/10 | K | | |
| 12. FLA HFC FIN CORP SER F▪ | A | Interest | | | Redeemed | 07/01/10 | K | | |
| 13. IA ST UNIV SCI & TECH▪ | A | Interest | | | Redeemed | 07/01/10 | K | | |
| 14. PUERTO RICO ELEC PWR AUTH SER SS▪ | A | Interest | | | Redeemed | 07/01/10 | K | | |
| 15. CENTRAL VALLY SCH DIST ZERO | A | Interest | | | Redeemed | 08/02/10 | K | | |
| 16. ILL ST CLG SVGS ZERO | A | Interest | | | Redeemed | 08/02/10 | J | | |
| 17. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | | | Redeemed | 11/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PARIS TX GEN OBLIG | A | Interest | | | Redeemed | 03/02/10 | K | | |
| 19. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | | | Redeemed | 12/01/10 | K | | |
| 20. UNIV CONN REV SER A ZERO | A | Interest | J | T | | | | | |
| 21. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 22. ALTOON IA GO | A | Interest | K | T | | | | | |
| 23. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | A | Interest | | | Redeemed | 06/01/10 | K | | |
| 24. PR HWYS TRANS | A | Interest | K | T | | | | | |
| 25. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 26. PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 27. OREGON ST DEPT ADMIN SVCS SALEM OREGON REF-COPS-SER C | A | Interest | K | T | | | | | |
| 28. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 29. SCHILLER PARK ILL GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 30. FULTON PEORIA & KNOX COS ILL SCH DIST ZERO CPN | A | Interest | L | T | | | | | |
| 31. MADISON WISC SWR-A | B | Interest | L | T | | | | | |
| 32. TACOMA PUB UTIL LIGHT & PWR | A | Interest | J | T | | | | | |
| 33. SHAKOPEE IMPT BE 4.000% | A | Interest | | | Redeemed | 08/02/10 | K | | |
| 34. INKSTER MI GEN OBLIG | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PASCO WA GEN OBLIG | A | Interest | J | T | | | | | |
| 36. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 37. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | J | T | | | | | |
| 38. IA ST UNIV SCI & TECH | C | Interest | L | T | | | | | |
| 39. MINN HIGHER EDUC FACS AUTH | A | Interest | J | T | | | | | |
| 40. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | | | | | |
| 41. SCHILLER PARK ILL GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 42. DOUGLAS CO COLO SCH DIST 1 ZERA | A | Interest | K | T | | | | | |
| 43. WASH CTY UTAH SCH DIST | A | Interest | J | T | | | | | |
| 44. WRIGHT ST UNIV | A | Interest | J | T | | | | | |
| 45. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | A | Interest | K | T | | | | | |
| 46. LOUISIANNA ST GO GULF OPP | A | Interest | J | T | | | | | |
| 47. E-470 PUB HWY AUTH COLO ZERO | A | Interest | L | T | | | | | |
| 48. ALASKA ST INTL AIRPORTS | B | Interest | K | T | | | | | |
| 49. METRO WASH DC AIRPORT AUTH 4125 | A | Interest | J | T | | | | | |
| 50. MODESTO CA IRR DIST | A | Interest | K | T | | | | | |
| 51. WILL CNTY ILL SCH DIST NO 122 ZERO | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FAYETTE CNTY KY SCH DIST | A | Interest | J | T | | | | | |
| 53. LAKE CNTY ILL CMNTY SCH DIST NO ZERO | A | Interest | L | T | | | | | |
| 54. DENVER CO CONV CTR HOTEL | A | Interest | K | T | | | | | |
| 55. FLORIDA ST BRD ED FL INTL UNIV | A | Interest | J | T | | | | | |
| 56. WALLA WALLA WASH WATER & WASTE | C | Interest | M | T | | | | | |
| 57. VIRGINIA HSG DEV COMWLTH SER A | B | Interest | K | T | | | | | |
| 58. APOPKA FLA UTIL SYS REF IMPT | A | Interest | J | T | | | | | |
| 59. POMWAY CALIF UNI SCH DIST SPL TAX | B | Interest | L | T | | | | | |
| 60. OGLE & WINNEBAGO CNTYS SCH DIST ZERO | A | Interest | J | T | | | | | |
| 61. RIVERSIDE CNTY PALM DESERT CA FIN AUTH | A | Interest | J | T | | | | | |
| 62. INDIANAPOLIS GAS UTIL DIST SYS | B | Interest | K | T | | | | | |
| 63. DES MOINES STORM WATER | B | Interest | L | T | | | | | |
| 64. PUERTO RICO PUB IMPR ZERO | A | Interest | K | T | | | | | |
| 65. STATE UNIV IOWA REC FACS | A | Interest | K | T | | | | | |
| 66. ALASKA ST HSG FIN CORP | C | Interest | L | T | Sold (part) | 03/01/10 | J | | |
| 67. ALASKA ST HSG FIN CORP | A | Interest | | | Sold (part) | 06/01/10 | J | | |
| 68. ALASKA ST HSG FIN CORP | A | Interest | | | Sold (part) | 12/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. WINNEBAGO BOONE ETC CNTYS ILL ZERO | A | Interest | J | T | | | | | |
| 70. OSCEOLA CNTY FL SCH BOARD | A | Interest | J | T | | | | | |
| 71. WAUKEE IOWA CMNTY SCH DIST | A | Interest | J | T | | | | | |
| 72. MIAMI DADE CNTY FL EXPWY AUTH TOLL SYS | A | Interest | J | T | | | | | |
| 73. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 74. STATE UNIV IOWA UTIL SYS | A | Interest | K | T | | | | | |
| 75. CLARK CNTY NEV GEN OBLIG | B | Interest | K | T | | | | | |
| 76. OHIO ST HOSP CLEVE CLINIC | B | Interest | K | T | | | | | |
| 77. WYLIE CITY TEX COMB TAX REV | A | Interest | K | T | | | | | |
| 78. DES MOINES IOWA STORMWATER | C | Interest | | | Redeemed | 11/01/10 | L | | |
| 79. ANKENY IA COMM SCH DIST | B | Interest | L | T | | | | | |
| 80. ST CLAIR CNTY ILL GEN OBLIG ZERO | A | Interest | K | T | | | | | |
| 81. DELTONA FLA TRANS CAP IMPT | A | Interest | J | T | | | | | |
| 82. COVINA CALIF PUB FIN WASTEWATER | A | Interest | J | T | | | | | |
| 83. CLARK CNTY NEV GEN OBLIG | A | Interest | K | T | | | | | |
| 84. INDIANAPOLIS IN WATER WORKS | B | Interest | K | T | | | | | |
| 85. WYLIE CITY TEX COMB TAX REV | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. STERLING HEIGHTS MICH TRANS FD | A | Interest | K | T | | | | | |
| 87. NEVADA STATE HIGHER EDUC | B | Interest | K | T | | | | | |
| 88. RENO CITY NEVADA GEN OBLIG | B | Interest | L | T | | | | | |
| 89. KANE COOK & DUPAGE CNTYS ILL | A | Interest | K | T | | | | | |
| 90. IOWA ST UNIV SCIENCE & TECH | A | Interest | J | T | | | | | |
| 91. FLORIDA ST DEPT ENVIRONMENTAL PROTN PRES | B | Interest | L | T | | | | | |
| 92. CLARK CNTY NEV BOND BK | B | Interest | L | T | | | | | |
| 93. CLARK CO NV VEGAS ARPT FAC | A | Interest | J | T | | | | | |
| 94. ALASKA ST INTL ARPTS SYS | A | Interest | J | T | | | | | |
| 95. ALASKA MUN BND BK SER-1 | B | Interest | K | T | | | | | |
| 96. TENNESSEE ENERGY ACQUISITION CORP GAS REV | B | Interest | K | T | | | | | |
| 97. UNIVERSITY WASH UNIV REV | B | Interest | K | T | | | | | |
| 98. COLUMBUS OHIO SWR REV | B | Interest | K | T | | | | | |
| 99. IOWA ST UNIV ACADEMIC BLDG | C | Interest | L | T | | | | | |
| 100. PUERTO RICO SALES TAX SUB-A | B | Interest | K | T | Buy | 02/09/10 | K | | |
| 101. BENSON ARIZ EXCISE TAX & ST SHARED REV OBLIGS | A | Interest | K | T | Buy | 07/01/10 | K | | |
| 102. BENSON ARIZ EXCISE TAX & ST SHARED REV OBLIGS | A | Interest | K | T | Buy | 07/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WA STATE CERTIFICATES OF PARTICIPATION SER-B | A | Interest | K | T | Buy | 06/29/10 | K | | |
| 104. IOWA ST PRISON INFRASTRUCTURE FUND OBLIG | C | Interest | M | T | Buy | 07/08/10 | M | | |
| 105. STATE UNIV IOWA ATHLETIC FACS REV | B | Interest | K | T | Buy | 10/14/10 | K | | |
| 106. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 107. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 108. ABS NOTES ON S&P 500 INDEX | A | Dividend | | | Sold | 07/20/10 | K | | |
| 109. MS ERMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | Buy (add'l) | 12/31/10 | J | | |
| 110. BANK OF AMERICA CORP | A | Dividend | | | Sold | 10/21/10 | J | | |
| 111. CREDIT SUISSE GU | A | Dividend | J | T | | | | | |
| 112. DB CAPITAL CUNFING X | A | Dividend | J | T | | | | | |
| 113. HSBC HOLDINGS PRL | B | Dividend | | | Sold | 10/21/10 | J | | |
| 114. ING GROEP NV | A | Dividend | | | Sold | 10/21/10 | J | | |
| 115. COMMODITY JUMP CPN BY MS ZERO CPN | A | Interest | | | Sold | 12/31/10 | K | | |
| 116. NATIONAL RURAL UTILITIES | A | Interest | K | T | | | | | |
| 117. STEELCASE INC | A | Interest | J | T | | | | | |
| 118. FORD MOTOR CREDIT | C | Interest | K | T | | | | | |
| 119. NATIONAL RURAL UTILITIES COOP | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CAP PRTECT NOTE ON FX BASKET ZERO | A | Interest | K | T | | | | | |
| 121. PSEG POWER LLC▓ | A | Interest | | | Sold | 04/21/10 | K | | |
| 122. AMERICAN EXPRESS▓ | B | Interest | | | Sold | 08/12/10 | L | | |
| 123. DOW CHEMICAL CORP▓ | B | Interest | K | T | | | | | |
| 124. DUAL PARTICIPATION COMMODITY ZERO CPN | A | Interest | J | T | | | | | |
| 125. SOUTHWEST AIRLINES CO▓ | B | Interest | K | T | | | | | |
| 126. INTL PAPER CO▓ | A | Interest | K | T | | | | | |
| 127. PROLOGIS TRUST▓ | A | Interest | J | T | | | | | |
| 128. SOUTHWEST AIRLINES CO▓ | A | Interest | J | T | | | | | |
| 129. MOSAIC CO REG S▓ | B | Interest | K | T | | | | | |
| 130. MORGAN STANLEY▓ | A | Interest | K | T | | | | | |
| 131. GMAC▓ | B | Interest | K | T | | | | | |
| 132. AMERICAN INTL GROUP▓ | A | Interest | J | T | | | | | |
| 133. CITIGROUP CAP XIX▓ | A | Interest | J | T | | | | | |
| 134. WACHOVIA CAPITAL TRUST X▓ | A | Interest | J | T | | | | | |
| 135. WELLS FARGO CAPITAL XII▓ | A | Interest | J | T | | | | | |
| 136. MORGAN STANLEY BANK S&P 500 CD ZERO COUPON | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. JP MORGAGN S&P 500 EQUITY CD ZERO COUPON | A | Interest | K | T | | | | | |
| 138. CAPMARK BANK MIDVALUE UT CD | C | Interest | | | Sold | 08/12/10 | L | | |
| 139. WELLS FARGO BK ZERO CPN | A | Interest | J | T | | | | | |
| 140. 10NC3Y MS STEP UP | A | Interest | J | T | Buy | 06/11/10 | J | | |
| 141. NASDAQ OMX GROUP | B | Interest | K | T | Buy | 08/19/10 | K | | |
| 142. BP CAPITAL MARKETS PLC | A | Interest | K | T | Buy | 08/19/10 | K | | |
| 143. 15NC1 MS STEP UP | A | Interest | J | T | Buy | 09/22/10 | J | | |
| 144. WESTERN ASSET HIGH YIELD (HYI) | B | Dividend | K | T | Buy | 10/29/10 | K | | |
| 145. TRANS-CANADA PIPELINES 6.350% FIXED | A | Interest | J | T | Buy | 11/08/10 | J | | |
| 146. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 147. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 148. ABBOTT LABORATORIES | A | Dividend | K | T | | | | | |
| 149. ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 150. AT&T INC | B | Dividend | K | T | | | | | |
| 151. BOEING CO | A | Dividend | K | T | | | | | |
| 152. COCA COLA CO | A | Dividend | J | T | | | | | |
| 153. DWS DREMAN VALUE INC EDGE FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 155. ISHARES S&P 100 INDEX FD | A | Dividend | J | T | | | | | |
| 156. PLUS ON TR FTSE/XINHUA CHINA | A | Dividend | J | T | | | | | |
| 157. JOHNSON & JOHNSON | A | Dividend | K | T | Buy (add'l) | 08/19/10 | J | | |
| 158. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | | | | | |
| 159. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 160. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | | | | | |
| 161. AEGON NV █ | A | Dividend | J | T | | | | | |
| 162. PUBLIC STORAGE █ | B | Dividend | K | T | | | | | |
| 163. ROYAL BK SCOTLAND GP █ | A | Dividend | J | T | | | | | |
| 164. ML PFD CAPITAL TRUST III █ | A | Interest | J | T | | | | | |
| 165. INTEL CORP | A | Dividend | J | T | Buy | 08/16/10 | J | | |
| 166. MORGAN STANLEY DEAN WITTER IRA #3: | | | | | | | | | |
| 167. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | Buy (add'l) | 03/31/10 | J | | |
| 168. WALGREEN CO | A | Dividend | J | T | Buy | 05/06/10 | J | | |
| 169. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 170. MORGAN STANLEY DEAN WITTER IRA #4: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 172. ISHARES BARCLAYS SHORT TREAS | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 173. ISHARES BARCLAYS SHORT TREAS | | | | | Buy (add'l) | 11/24/10 | J | | |
| 174. ISHARES RUSSELL 1000 GR INDEX | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 175. ISHARES RUSSELL 1000 GR INDEX | | | | | Buy (add'l) | 07/15 | J | | |
| 176. ISHARES RUSSELL 1000 GR INDEX | | | | | Buy (add'l) | 07/28 | J | | |
| 177. ISHARES RUSSELL 1000 GR INDEX | | | | | Sold (part) | 11/24/10 | J | | |
| 178. ISHARES RUSSELL 1000 VALUE IDX | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 179. ISHARES RUSSELL 1000 VALUE IDX | | | | | Sold (part) | 07/28/10 | J | | |
| 180. ISHARES RUSSELL 1000 VALUE IDX | | | | | Sold (part) | 11/24/10 | J | | |
| 181. SPDR BARCLAYS CAPITAL HIGH YIE | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 182. SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Buy (add'l) | 05/17/10 | J | | |
| 183. SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold (part) | 06/04/10 | J | | |
| 184. SPDR BARCLAYS CAPITAL HIGH YIE | | | | | Sold (part) | 07/28/10 | J | | |
| 185. SPDR BARCLAYS CAPITAL INERNAT | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 186. SPDR BARCLAYS CAPITAL INERNAT | | | | | Buy (add'l) | 06/09/10 | J | | |
| 187. SPDR BARCLAYS CAPITAL INERNAT | | | | | Buy (add'l) | 07/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. SPDR BARCLAYS CAPITAL INERNAT | | | | | Sold (part) | 07/28/10 | J | | |
| 189. VANGUARD EUROPE PACIFIC | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 190. VANGUARD EUROPE PACIFIC | | | | | Buy (add'l) | 06/09/10 | J | | |
| 191. VANGUARD EUROPE PACIFIC | | | | | Sold (part) | 07/28/10 | J | | |
| 192. VANGUARD EUROPE PACIFIC | | | | | Sold (part) | 11/29/10 | J | | |
| 193. VANGUARD EUROPE PACIFIC | | | | | Buy (add'l) | 11/29/10 | J | | |
| 194. VANGUARD EUROPE PACIFIC | | | | | Buy (add'l) | 11/30/10 | J | | |
| 195. VANGUARD TOTAL BOND MARKET | A | Dividend | K | T | Buy | 03/02/10 | K | | |
| 196. VANGUARD TOTAL BOND MARKET | | | | | Buy (add'l) | 06/09/10 | J | | |
| 197. VANGUARD TOTAL BOND MARKET | | | | | Buy (add'l) | 07/28/10 | J | | |
| 198. VANGUARD TOTAL BOND MARKET | | | | | Buy (add'l) | 11/24/10 | J | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT W. PRATT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544